IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NUTRITION & FITNESS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-880-K |
| | § | |
| MOHAMMAD YOUNUS, d/b/a | § | |
| SCIENTIFIC SOLUTIONZ and | § | |
| SCIENTIFIC SOLUTIONS, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Defendant's Motion to Set Aside Default Judgment (ECF. No. 29), is **GRANTED.** The Clerk is **DIRECTED** to reopen this case. Further, the parties are ordered to meet and confer on the form of an agreed preliminary injunction.

Defendants answer is due 21 days from the date of this order.

SO ORDERED.

Signed August 28th, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1